IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DONALD NICHOLS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendants. | Case No.:1:18-cv-02387-SO<br><br>NOTICE OF SETTLEMENT |

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff Donald Nichols ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a settlement in the above-captioned matter. The parties anticipate that a Joint Stipulation of Dismissal With Prejudice will be filed within (45) days. Pending the Joint Stipulation, the parties respectfully request this honorable Court to vacate all deadlines and hearings including the Case Management Conference ("CMC")  scheduled on January 30, 2019 at 3:00 p.m.

Plaintiff is filing this Notice with Defendant's approval and permission.

RESPECTFULLY SUBMITTED,

Dated: January 23, 2019

By: /s/ *James A. Sellers II*
James A. Sellers II
Attorney for Plaintiff
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
P: (657) 363-4699
F: (657) 272-8944
E: jamess@jlohman.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document using the Court's CM/ECF system, which will notify all parties, through their attorney's of record, including Counsel for **Capital One Bank (USA), N.A. Erin Hoffman, Esq.**

RESPECTFULLY SUBMITTED,

Dated: January 23, 2019

By: /s/ *James A. Sellers II*
James A. Sellers II
Movant for Pro Hac Vice on Behalf of Plaintiff
Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
P: (657) 363-4699
F: (657) 272-8944
E: jamess@jlohman.com