# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DONALD NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendants. | Case No: 1:18-cv-02387-SO<br><br>**ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

Plaintiff, Donald Nichols ("Plaintiff"), and Defendant, Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claim against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Date: __4/18/2019___

                                              /s/ Solomon Oliver, Jr._____
                                              United States District Judge